1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY EUGENE KELLY,<br><br>Defendant. | No.  6:17-mj-0068-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated:  March 20, 2018            /S/ Susan St. Vincent
                                  Susan St. Vincent
                                  Legal Officer
                                  Yosemite National Park

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Kelly,* 6:17-mj-0068-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   March 15, 2018                             /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE